No. 12–7379. SHIELDS v. VIRGA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7395. JACKSON v. FELKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7396. JONES-EL v. WEBSTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–7397. JAMES v. TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 12–7412. ROBINSON v. BLOOMBERG, MAYOR OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–7413. WILLIAMS v. CENTER STATE BANK. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 12–7417. LEWIS v. WALTERS, SECRETARY, FLORIDA DEPARTMENT OF JUVENILE JUSTICE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7432. JOHNSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–7434. RANDOLPH v. GANSLER, ATTORNEY GENERAL OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7436. WEST v. SCHOFIELD, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. Ct. App. Tenn. Certiorari denied.

No. 12–7437. JONES v. MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 12–7439. LAFLEUR v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 12–7441. MCCOY v. PACE ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7444. SKLYARSKY v. ABM JANITORIAL SERVICES-NORTH CENTRAL, INC. C. A. 7th Cir. Certiorari denied.